IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BELMONT REC LLC
doing business as
400 Belmont Apts,

    Plaintiff,

    v.

ANGELA BROWN
AND ALL OTHER OCCUPANTS,

    Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-295-TWT

**ORDER**

This is a dispossessary action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Cobb County. For the reasons set forth in the Report and Recommendation, this Court lacks subject matter jurisdiction. The Defendant's objections to the Report and Recommendation on due process grounds are totally without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Cobb County.

T:\ORDERS\17\Belmont Rec LLC\r&r.wpd

SO ORDERED, this 15 day of February, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge